IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO. 12-460-CG-C** |
| | ) | |
| TILMAN BROWN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

This matter is before the court on plaintiff's motion for summary judgment (Doc. 72) and brief in support (Doc. 73). A review of plaintiff's brief reveals that it does not comply with the rules of this court because it exceeds the page limit set by Local Rule 7.1. Local Rule 7.1(b) requires that all briefs "filed in support of or in opposition to any motion shall not exceed thirty (30) pages in length." Plaintiff's brief is 42 pages long, exclusive of the Certificate of Service, and plaintiff has not requested an enlargement of the page limitation.

Accordingly, plaintiff's motion and brief (Docs. 72 & 73) are hereby STRICKEN. Since the deadline for filing dispositive motions has now expired, the court GRANTS plaintiff an extension until **May 9, 2013** to re-file its motion for summary judgment with a brief that complies with the local rules of this court.

**DONE and ORDERED** this 1st, day of May, 2012.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE