IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 12-460-CG-C ) |
| TILMAN BROWN, et al., | ) ) |
| Defendants. | |

## ORDER

Counsel for the parties notified the court that the underlying case in this matter has settled and as a result that the parties have agreed to dismiss this case with prejudice with all costs taxed as paid.  Accordingly, it is **ORDERED** that all claims in the above-styled action are **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate the action within thirty (30) days of the date of this order should the settlement not be consummated.

**DONE** and **ORDERED** this 14th day of May, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE